

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00772-CR

Christopher **HAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 396th Judicial District Court, Tarrant County, Texas
Trial Court No. 1306781D
The Honorable George William Gallagher, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED January 8, 2014.

_____
Marialyn Barnard, Justice